**Electronically Filed
Supreme Court
SCWC-11-0000398
26-NOV-2012
10:14 AM**

SCWC-11-0000398

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

SC, Respondent/Plaintiff-Appellee,

vs.

IC, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000398; FC-D NO. 10-1-6354)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and Pollack, JJ.,
and Circuit Judge Del Rosario, in place of McKenna, J., recused)

Petitioner/Defendant-Appellant's application for writ

of certiorari filed on October 12, 2012, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, November 26, 2012.

Shawn A. Luiz for
petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Richard W. Pollack

/s/ Dexter D. Del Rosario

